**Ex parte Arlan KERR.**

**No. 27339.**

Court of Criminal Appeals of Texas.

Jan. 19, 1955.

No attorney on appeal.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

This is an extradition case.

The record on appeal contains no statement of facts or bills of exception, without which nothing is presented for review.

The judgment is affirmed.